Jason Crews
1515 N. Gilbert Rd. 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02227-JZB |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Benavest, Corp , *et al.* | |
| Defendant(s) | |

With Defendants Ikechukwu N Ezueh and One Pillarmark Media (collectively "Released Defendants"), Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41, hereby dismisses Released Defendants **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.

Dated this October 3, 2024.

/s/*Jason Crews*

Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via email, with permission This same date to:
Ikechukwa N Ezue
[iezueh@onepillarmark.com](mailto:iezueh@onepillarmark.com).

**COPIES** of the forgoing were served via USPS first class mail This same date to:

Benavest Corp
3043 Johnson Street,
Hollywood, FL, 33021

And

Joseph Gannon
13832 NW 16TH ST
PEMBROKE PINES, FL 33028


By:              /s/*Jason Crews*
                 _____
                 Jason Crews

2