UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:24-cv-02227-JZB |
|---|---|
| Plaintiff, | |
| vs. | **[Proposed] ORDER** |
| Benavest, Corp, *et al.* | |
| Defendants. | |

The Court has considered Plaintiff's Motion to File Plaintiff's Second Amended compliant.

**IT IS ORDERED** granting the Motion.

Dated this October 5, 2024.

Honorable John Boyle<br>United States Judge

[PROPOSED] ORDER - 1