Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02227-JZB |
| Plaintiff, | |
| vs. | NOTICE OF FIRST AMENDED |
| Benavest, Corp , et al. | |
| Defendants. | DEMAND FOR JURY TRIAL |

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and Arizona Local Rule of Civil Procedure 15.1(b) Plaintiff hereby provides notice of filing Plaitniff's First Amended Complaint, and attached to this notice a copy of the amended pleading indicating in what respect it differs from the original complaint.

RESPECTFULLY SUBMITTED on this October 21, 2024.

*/s/Jason Crews*
Jason Crews

COMPLAINT- 1