Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02227-JZB |
| Plaintiff, | |
| vs. | MOTION FOR COSTS OF SERVICE |
| Benavest, Corp , et al. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 4(d)(2) ("Rule"), Plaintiff respectfully moves the Court to impose on the defendants the expenses incurred in making service in the amount of $150.

On September 5, 2024 Plaintiff sent via first class mail with tracking (Exhibit 1), Plaintiff sent Defendant Benavest, Corp ("Benavest") the following:
- one copy of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Benavest
- two copies of Waiver of Service of Summons addressed Benavest,
- a copy of the filed complaint,
- and a self addressed and stamped envelope.

1

The same day Plaintiff mailed via first class mail with tracking (Exhibit 2), Plaintiff sent Defendant Joseph Gannon ("Gannon") the following:

- one copy of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Gannon.
- two copies of Waiver of Service of Summons addressed Gannon,
- a copy of the filed complaint,
- and a self addressed and stamped envelope

After receiving no response from Defendants after 34 days, Plaintiff enlisted the services of the ABCLegal for the service of process.

On October 11, 2024, Plaintiff was contacted by an individual named Blaize Boles, who claimed to be an attorney representing defendants Benavest and Gannon who confirmed receipt of the waivers, agreed that they had missed the deadline for the waiver of service.

**Costs:**

Costs associated with service:
- Benavest - $75
- Gannon - $75

**Conclusion**

As a result of Defendants failure to return the waiver Plaintiff requests from the Court award totaling $150. To be comprised of one award of $75 against Defendant Benavest and a second award of $75 against Defendant Gannon.

Dated this October 21, 2024.

/s/*Jason Crews*

Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties,

AND

copies of the forgoing were emailed to Blaize Boles at bboles@polsinelli.com on the same.

/s/*Jason Crews*

Jason Crews