Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:24-cv-02227-JZB |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Benavest, Corp , et al. | |
| Defendants. | |

The Court read and considered Plaintiff's Motion for Costs of Service filed October 21, 2024, Doc. ___. Finding Defendant failed to execute a waiver of service,

IT IS ORDERED Defendant Benavest, Corp shall reimburse Plaintiff for the costs of service in the amount of $75 incurred for failing to avoid the unnecessary expense in serving the legal documents initiating this action, and

IT IS ORDERED Defendant Joseph Gannon shall reimburse Plaintiff for the costs of service in the amount of $75 incurred for failing to avoid the unnecessary expense in serving the legal documents initiating this action.