Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02227-JZB |
| Plaintiff, | |
| vs. | STATEMENT OF JAOSN CREWS IN |
| Benavest, Corp , et al. | SUPPORT OF MOTION FOR COSTS |
| Defendants. | OF SERVICE |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

On September 5, 2024 Plaintiff sent via first class mail with tracking , Plaintiff sent Defendant Benavest, Corp ("Benavest") the following:

- one copies of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Benavest
- two copies of Waiver of Service of Summons addressed Benavest,
- a copy of the filed complaint,
- and a self addressed and stamped envelope.

The same day Plaintiff mailed via first class mail with tracking (Exhibit 2), Plaintiff sent Defendant Joseph Gannon ("Gannon") the following:

- one copies of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Gannon.
- two copies of Waiver of Service of Summons addressed Gannon,
- a copy of the filed complaint,
- and a self addressed and stamped envelope

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this October 21, 2024.

/s/*Jason Crews*

Jason Crews

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties,

AND

copies of the forgoing were emailed to Blaize Boles at bboles@polsinelli.com on the same.

        /s/*Jason Crews*

 Jason Crews