

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Jason Crews <jason.crews@gmail.com>**
**164 W Laurel Ct**

| | |
|---|---|
| INVOICE# | 19087631.100 |
| DATE | Oct 07, 2024 |
| ACCOUNT# | 167161 |
| ATTENTION | jason.crews@gmail.com |
| REFERENCE# | REF-17394410 |

**AMOUNT DUE**  $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** Complaint - Filed - Benavest.pdf, Summons - Benavest - Issued.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 75.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 4981 | October 07, 2024 | 75.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |