John S. Craiger (AZ #021731)
jcraiger@polsinelli.com
Blaize M. Boles (AZ #038723)
bboles@polsinelli.com
**POLSINELLI PC**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033
*Attorneys for Defendants*
*Benavest, Corp. and Joseph Gannon*

### THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>*Plaintiff*,<br><br>v.<br><br>Benavest, Corp.; Aetna, Inc,; and Joseph Gannon,<br><br>*Defendants*. | Case No. 2:24-cv-02227-JZB<br><br>**STIPULATION TO SERVICE DATE AND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DEFENDANTS BENAVEST, CORP. AND JOSEPH GANNON**<br><br>(Assigned to the Honorable John Z. Boyle) |

This Stipulation is entered by and between Defendants Benavest, Corp. ("Benavest") and Joseph Gannon ("Gannon"), by and through their undersigned counsel, and Plaintiff Jason Crews ("Plaintiff), appearing *pro se*. Plaintiff and Defendants Benavest and Gannon stipulate as follows:

1. Plaintiff initiated this action by filing a Complaint [ECF No. 1] on August 28, 2024.

2. Plaintiff then amended his Complaint by filing the First Amended Complaint ("FAC") [ECF No. 21] on October 21, 2024. The FAC is now the operative complaint in this action.

1

99487179.1

3. Benavest and Gannon accept service of the FAC as of October 21, 2024, and waive all defenses related to service of process only. Benavest and Gannon expressly reserve all defenses and objections to the FAC.

4. Pursuant to Fed. R. Civ. P. 12, Benavest and Gannon must move against, answer, or otherwise respond to the FAC within 21 days of service. That would make Monday, November 11, 2024, the deadline for Benavest and Gannon. However, November 11 is a legal holiday in this Court. Thus, the deadline for Benavest and Gannon to move against, answer, or otherwise respond to the FAC is Tuesday, November 12, 2024. *See* Fed. R. Civ. P. 6(a)(1)(C).

5. Plaintiff agrees with the above dates as to service and the deadline to respond for Benavest and Gannon. Any prior service, if any, is invalid.

This Stipulation is without prejudice to any other rights the parties may have, separately or jointly. A proposed Order is submitted herewith in accordance with LRCiv. 7.1(b)(2).

RESPECTFULLY SUBMITTED this 23rd day of October, 2024.

**POLSINELLI PC**

By: ___/s/ Blaize M. Boles___
    John S. Craiger
    Blaize M. Boles
    One E. Washington St., Ste. 1200
    Phoenix, AZ 85004
    *Attorneys for Defendants Benavest, Corp.*
    *and Joseph Gannon*

**JASON CREWS**

By: __/s/: Jason Crews (with permission)__
    1515 N. Gilbert Rd 107-204
    Gilbert, AZ 85233
    *Pro Se Plaintiff*

99487179.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason Crews, *pro se*
1515 N Gilbert Rd, Ste 107-204
Gilbert, AZ 85234
Jason.crews@gmail.com

By: */s/ Dawn M. Coppens*

99487179.1