# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. 2:24-cv-02227-JZB |
| *Plaintiff*, | |
| v. | **[PROPOSED] ORDER** |
| Benavest, Corp.; Aetna, Inc,; and Joseph Gannon | |
| *Defendants.* | |

    The Court, having reviewed and considered the Stipulation to Service Date and Deadline to Respond to Plaintiff's Amended Complaint for Defendants Benavest, Corp. and Joseph Gannon ("Stipulation") filed by Defendants Benavest, Corp. and Joseph Gannon, and approved by Plaintiff Jason Crews, and good cause appearing,

    **IT IS ORDERED** that the Stipulation is GRANTED. Defendants Benavest, Corp. and Josephs Gannon are deemed to have accepted service of process and will have through November 12, 2024 to move against, answer, or otherwise respond to Plaintiff's First Amended Complaint [ECF No. 21].

1

99482871.1