Civil Action No.    2:24-CV-02227-JZB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Aetna, Inc**
was recieved by me on  **10/23/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **Aetna, Inc** at **3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ 85012** on **10/23/2024 at 11:05 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   10/23/2024

*Server's signature*

**Cody Swartz**
*Printed name and title*

**Private Address**
**Private Address, AZ 85038**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to CT Corporation System, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired American Indian female contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.  c/o Dementria Tsosie as clerk**



Tracking #: **0146770371**

