# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-02227-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Benavest Corporation, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation to Service Date and Deadline to Respond to Plaintiff's First Amended Complaint for Defendants Benavest Corp. and Joseph Gannon" ("Stipulation"). (Doc. 25.) The Court, having reviewed and considered the Stipulation, and good cause appearing,

**IT IS ORDERED** that the Stipulation (doc. 25) is **GRANTED**. Defendants Benavest Corp. and Joseph Gannon are deemed to have accepted service of process and will have through **November 12, 2024**, to move against, answer, or otherwise respond to Plaintiff's First Amended Complaint (doc 21).

Dated this 23rd day of October, 2024.

Honorable John Z. Boyle
United States Magistrate Judge