John S. Craiger (AZ #021731)
jcraiger@polsinelli.com
Blaize M. Boles (AZ #038723)
bboles@polsinelli.com
**POLSINELLI PC**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033
*Attorneys for Defendants*
*Benavest, Corp. and Joseph Gannon*

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No. 2:24-cv-02227-SPL |
|---|---|
| *Plaintiff*, | |
| v. | **STIPULATION TO EXTEND DEFENDANTS BENAVEST, CORP.'S AND JOSEPH GANNON'S TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Benavest, Corp.; Aetna, Inc,; and Joseph Gannon, | |
| *Defendants*. | |
| | **[First Request]** |
| | (Assigned to the Honorable Steven P. Logan) |

In accordance with Fed. R. Civ. P. 6(b) and LRCiv. 7.3, Defendants Benavest, Corp. ("Benavest") and Joseph Gannon ("Gannon"), by and through their undersigned counsel, and Plaintiff Jason Crews ("Plaintiff), appearing *pro se*, stipulate as follows:

1. The deadline for Benavest and Gannon to move against, answer, or otherwise respond to Plaintiff's First Amended Complaint ("FAC") [ECF No. 21] is Tuesday, November 12, 2024. *See* ECF No. 29.

2. Plaintiff, Benavest, and Gannon request that that the deadline for Benavest and

1

1  Gannon to move against, answer, or otherwise respond to the FAC be extended fourteen (14)
2  days through Tuesday, November 26, 2024.

3       3.     This is the first request or stipulation for an extension of time for Benavest and
4  Gannon to respond to the FAC. Benavest and Gannon previously accepted service of the FAC
5  as of October 21, 2024, through stipulation with Plaintiff. *See* ECF No. 25. Benavest and
6  Gannon have waived all defenses related to service of process only, and expressly reserve all
7  other defenses and objections to the FAC.

8       4.     The purpose of this request is to allow counsel additional time to prepare an
9  appropriate response and to negotiate settlements. This request is made in good faith and not
10 for any improper purpose.

11      This Stipulation is without prejudice to any other rights the parties may have,
12 separately or jointly. A proposed Order is submitted herewith in accordance with LRCiv.
13 7.1(b)(2).

14

15      RESPECTFULLY SUBMITTED this 12th day of November, 2024.

**POLSINELLI PC**

By: */s/ Blaize M. Boles*
    John S. Craiger
    Blaize M. Boles
    One E. Washington St., Ste. 1200
    Phoenix, AZ 85004
    *Attorneys for Defendants Benavest, Corp.*
    *and Joseph Gannon*

**JASON CREWS**

By: */s/ Jason Crews (with permission)*
    1515 N. Gilbert Rd 107-204
    Gilbert, AZ 85233
    *Pro Se Plaintiff*

99936817.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 12, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason Crews, *pro se*
1515 N Gilbert Rd, Ste 107-204
Gilbert, AZ 85234
Jason.crews@gmail.com

              By: */s/ Dawn M. Coppens*