# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. 2:24-cv-02227-SPL |
| *Plaintiff*, | |
| v. | **[PROPOSED] ORDER** |
| Benavest, Corp.; Aetna, Inc,; and Joseph Gannon | |
| *Defendants.* | |

    The Court, having reviewed and considered the Stipulation to Extend Defendants Benavest, Corp.'s and Joseph Gannon's Time to Move Against, Answer, or Otherwise Respond to Plaintiff's First Amended Complaint ("Stipulation") filed by Defendants Benavest, Corp. and Joseph Gannon, and approved by Plaintiff Jason Crews, and good cause appearing,

    **IT IS ORDERED** that the Stipulation is GRANTED. Defendants Benavest, Corp. and Josephs Gannon will have through November 26, 2024 to move against, answer, or otherwise respond to Plaintiff's First Amended Complaint [ECF No. 21].