IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-02227-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Benavest Corporation, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation (Doc. 33), in which they move for an extension of the deadline for Defendants Benavest, Corp. and Joseph Gannon to file an answer. Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 33) is **granted**. Defendants Benavest, Corp. and Joseph Gannon shall have until **November 26, 2024**, to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 15th day of November, 2024.

Honorable Steven P. Logan
United States District Judge