John S. Craiger (AZ #021731)
jcraiger@polsinelli.com
Blaize M. Boles (AZ #038723)
bboles@polsinelli.com
**POLSINELLI PC**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033
*Attorneys for Defendants*
*Benavest, Corp. and Joseph Gannon*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No. 2:24-cv-02227-SPL |
|---|---|
| *Plaintiff*, | |
| v. | **NOTICE OF SETTLEMENT AS TO BENAVEST, CORP. AND JOSEPH GANNON ONLY** |
| Benavest, Corp.; Aetna, Inc.; and Joseph Gannon, | |
| *Defendants.* | (Assigned to the Honorable Steven P. Logan) |

Defendants Benavest, Corp. ("Benavest") and Joseph Gannon ("Gannon"), hereby notify the Court that *pro se* Plaintiff Jason Crews ("Plaintiff") has reached a settlement with Benavest and Gannon and is in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Benavest and Gannon. Benavest and Gannon request that the Court vacate all pending deadlines in this matter as to Benavest and Gannon only. Benavest and Gannon also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

/ / /

/ / /

/ / /

1

RESPECTFULLY SUBMITTED this 26th day of November, 2024.

**POLSINELLI PC**

By: */s/ Blaize M. Boles*
    John S. Craiger
    Blaize M. Boles
    One E. Washington St., Ste. 1200
    Phoenix, AZ 85004
    *Attorneys for Defendants Benavest, Corp. and Joseph Gannon*

2

100200949.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason Crews, *pro se*
1515 N Gilbert Rd, Ste 107-204
Gilbert, AZ 85234
Jason.crews@gmail.com

By: */s/ Dawn M. Coppens*

3

100200949.1