IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>   Plaintiff,<br>vs.<br><br>Benavest Corporation, et al.,<br><br>   Defendants. | No. CV-24-02227-PHX-SPL<br><br>**ORDER** |

  Plaintiff filed a Complaint in this matter on August 28, 2024 (Doc. 1). Proof of service was filed on October 23, 2023 (Doc. 26), declaring that service on Defendant Aetna, Inc. was effected on October 23, 2024. Since that time, no answer has been filed and Plaintiff has taken no action. Accordingly,

  **IT IS ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed as to Aetna, Inc. for failure to prosecute no later than **December 13, 2024**, unless a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant to Rule 55(a) is filed within such time.

  Dated this 2nd day of December, 2024.

                 Honorable Steven P. Logan
                 United States District Judge