John S. Craiger (AZ #021731)
jcraiger@polsinelli.com
Blaize M. Boles (AZ #038723)
bboles@polsinelli.com
**POLSINELLI PC**
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033
*Attorneys for Defendants*
*Benavest, Corp. and Joseph Gannon*

### THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. 2:24-cv-02227-SPL |
| Plaintiff, | |
| vs. | **DEFENDANTS BENAVEST, CORP. AND JOSEPH GANNON'S NOTICE TO COURT** |
| Benavest, Corp., Aetna, Inc., and Joseph Gannon, | |
| Defendants. | (Assigned to the Honorable Steven P. Logan) |

Defendants Benavest, Corp. ("Benavest") and Joseph Gannon ("Gannon"), submit this Notice pursuant to the Court's Order dated December 2, 2024 [ECF No. 36], ordering "that the parties shall file a joint notice no later than **December 6, 2024**, indicating whether the Motion for Costs (Doc. 23) remains pending or if it is withdrawn in light of the settlement." Undersigned counsel prepared and sent a draft Joint Notice to *pro se* Plaintiff Jason Crews ("Plaintiff"). However, Plaintiff did not provide consent in time for this filing. Accordingly, and in an abundance of caution, Benavest and Gannon submit this Notice to comply with the Court's Order. In light of the settlement, the undersigned expects that Plaintiff will withdraw his Motion for Costs.

RESPECTFULLY SUBMITTED this 6th day of December, 2024.


**POLSINELLI PC**

By: */s/ Blaize M. Boles*
        John S. Craiger
        Blaize M. Boles
        One E. Washington St., Ste. 1200
        Phoenix, AZ 85004
        *Attorneys for Defendants Benavest, Corp.*
        *and Joseph Gannon*

100381389.1

1

## **CERTIFICATE OF SERVICE**

2
     I hereby certify that on December 6, 2024, I electronically transmitted the foregoing

3
document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and

4
transmittal of a Notice of Electronic Filing to the CM/ECF registrants appearing in this

5
matter.

6

7

8
                    By: */s/ Dawn M. Coppens*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

100381389.1