Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
Jason.crews@gmai.com
(602) 295-1875

*In propria persona*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>   *Plaintiff*,<br><br>v.<br><br>Benavest, Corp.; Aetna, Inc.; and Joseph Gannon,<br><br>   *Defendants*. | Case No. 2:24-cv-02227-SPL<br><br>**JOINT NOTICE WITHDRAWING PLAINTIFF'S MOTION FOR COSTS OF SERVICE**<br><br>(Assigned to the Honorable Steven P. Logan) |

  Defendants Benavest, Corp. ("Benavest") and Joseph Gannon ("Gannon"), hereby notify the Court that *pro se* Plaintiff Jason Crews has withdrawn his Motion for Costs of Service in light of the settlement reached with Benavest and Gannon.

  RESPECTFULLY SUBMITTED this 6th day of December, 2024.

///

1

**POLSINELLI PC**

By: */s/ Blaize M. Boles (with permission)*
    John S. Craiger
    Blaize M. Boles
    One E. Washington St., Ste. 1200
    Phoenix, AZ 85004
    *Attorneys for Defendants Benavest, Corp. and Joseph Gannon*

**JASON CREWS**

By: */s/ Jason Crews*
    1515 N. Gilbert Rd 107-204
    Gilbert, AZ 85233
    *Pro Se Plaintiff*

100351969.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants appearing in this matter.

By: */s/ Jason Crews*

100351969.1