Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, <br><br> Plaintiff, <br><br> vs. <br><br> Benavest, Corp, *et al.* <br><br> Defendants | Case No.: CV-24-2227-PHX-SPL <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE |

With Defendant Aetna, Inc neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action **without prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

Dated this December 7, 2024.

*/s/Jason Crews*

Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.


By: _____/s/*Jason Crews*_____

   Jason Crews