IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-02227-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Benavest Corporation, et al., | |
| Defendants. | |

In light of the parties' settlement (Docs. 35–36) and the Joint Notice Doc. 39),

**IT IS ORDERED** that the Motion for Costs (Doc. 23) is **denied as moot**.

Dated this 9th day of December, 2024.

Honorable Steven P. Logan
United States District Judge