Jason Crews
1515 N. Gilbert Rd. 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | CASE NO.: CV-24-2227-PHX-SPL |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Benavest, Corp, *et al.* | |
| Defendant(s) | |

With Defendant Benavest Corp and Joseph Gannon, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41, hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.

///

1

Dated this December 15, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:   /s/*Jason Crews*

Jason Crews