IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>             Plaintiff,<br>vs.<br><br>Benavest Corporation, et al.,<br><br>             Defendants. | No. CV-24-02227-PHX-SPL<br><br>**ORDER** |

Having reviewed Plaintiff's Notice of Dismissal (Doc. 43),

**IT IS ORDERED** that this matter is **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 19th day of December, 2024.

Honorable Steven P. Logan
United States District Judge